HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Marc Days, Bar # 184098
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: 559.487.5561

Attorney for Defendant
ENOUCHE R. TROSCLAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 14-cr-00083 AWI |
|---|---|---|
| Plaintiff, | ) | **ORDER ON MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL, APPOINT *AD HOC* CJA COUNSEL, AND DEFENDANT'S CONSENT** |
| vs. | ) | |
| ENOUCHE R. TROSCLAIR, | ) | |
| Defendant. | ) | |

Upon Defendant's motion and consent, good cause appearing, and for consistency of representation,

IT IS HEREBY ORDERED, effective January 12, 2015, withdrawing the Federal Defender as counsel and appointing Marc Days as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 323, App. I, §B(3).
IT IS SO ORDERED.

Dated:   **January 5, 2015**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE