Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California  93721
Telephone: (559) 708-4844

Attorney for Defendant
ENOUCHE TROSCLAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00083 AWI |
| *Plaintiff,* | STIPULATION TO ADVANCE SENTENCING; ORDER THEREON |
| vs. | DATE:  February 17, 2015 |
| ENOUCHE  TROSCLAIR, | TIME:    10:00 a.m. |
| | JUDGE: Hon. Anthony W. Ishii |
| *Defendants.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing Hearing in the above-captioned matter now scheduled for March 9, 2015, at 10:00 a.m., before Honorable Anthony W. Ishii, **may be vacated and the matter advanced to February 17, 2015 at 10:00 a.m., before the Hon. Anthony W. Ishii.**

///

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: February 11, 2015

/s/ *Kathleen Servatius*
Kathleen Servatius
Assistant United States Attorney
Attorney for Plaintiff

Dated: February 11, 2015

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
Enouche Trosclair

IT IS SO ORDERED.

Dated:   February 12, 2015

SENIOR DISTRICT JUDGE

Trosclair: Stipulation to Advance Sentencing                2